FORM 8A. Entry of Appearance                                      Form 8A (p.1)
                                                                   July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 23-2024

**Short Case Caption:** MyPAQ Holdings Ltd. v. Samsung Electronics Co., Ltd., Dell Technologies Inc., and Anker Innovations Ltd.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

MyPAQ Holdings Ltd.

| | | |
|---|---|---|
| **Principal Counsel:** James T. Carmichael | | Admission Date: 2/11/1991 |
| Firm/Agency/Org.: Carmichael IP, PLLC | | |
| Address: 8607 Westwood Center Drive, Suite 270, Tysons, VA 22182 | | |
| Phone: (703) 646-9255 | Email: jim@carmichaelip.com | |
| **Other Counsel:** Stephen P. McBride | | Admission Date: 7/12/2017 |
| Firm/Agency/Org.: Carmichael IP, PLLC | | |
| Address: 8607 Westwood Center Drive, Suite 270, Tysons, VA 22182 | | |
| Phone: (703) 646-9247 | Email: stevemcbride@carmichaelip.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 6/22/23                    Signature: /s/ Stephen P. McBride

                                 Name:      Stephen P. McBride

FORM 8A. Entry of Appearance  Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Minghui Yang | Admission Date: 4/9/2015 |
|---|---|
| Firm/Agency/Org.: Carmichael IP, PLLC | |
| Address: 8607 Westwood Center Drive, Suite 270, Tysons, VA 22182 | |
| Phone: (703) 646-9248 | Email: mitch@carmichaelip.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |